# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00634-CV

### In re Law Enforcement Alliance of America, Inc.

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Law Enforcement Alliance of America, Inc. ("LEAA") filed this original proceeding seeking a writ of mandamus to compel the district court to reverse its discovery order dated October 10, 2011 requiring LEAA to respond to certain interrogatories and requests for production of documents. Based on the record before us, we cannot conclude that the district court abused its discretion in issuing its order. Accordingly, we deny LEAA's petition for writ of mandamus.

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Pemberton and Henson

Filed: December 9, 2011